# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1 ASSET BACKED CERTIFICATES SERIES 2007-1, | : No. 2 MM 2016 |
| Respondent | : |
| v. | : |
| JAMES H. HINCHLIFFE AND YONG S. HINCHLIFFE, | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 24th day of February, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

   Justice Eakin did not participate in the consideration or decision of this matter.